IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GAIL PARRAMORE<br>  Plaintiff, | §<br>§<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. 3:23-cv-296<br>JURY |
| | § | |
| BURLINGTON COAT FACTORY OF<br>TEXAS, INC.<br>  Defendant, | §<br>§<br>§ | |

## DEFENDANT BURLINGTON COAT FACTORY OF TEXAS, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Burlington Coat Factory of Texas, Inc. ("Burlington"), and pursuant to 28 U.S.C. §§ 1441 and 1446, makes and files this Notice of Removal of an action pending in the 239th District Court of Brazoria County, Texas, Cause No. 124141-CV and states as follows:

### PRELIMINARY STATEMENT

1.  This action belongs in the United States District Court for the Southern District of Texas, Galveston Division, because all proper parties are of diverse citizenship and the amount in controversy exceeds $75,000.00.

### PROCEDURAL HISTORY

2.  On or about August 3, 2023, Plaintiff Gail Parramore ("Plaintiff") filed her Original Petition against Burlington Coat Factory of Texas, Inc., in the 239th District Court of Brazoria County, Texas. A true and correct copy of Plaintiff's Original Petition is attached hereto as Exhibit C-1.

3. Plaintiff served Burlington Coat Factory of Texas, Inc., with citation on or about August 11, 2023 through CT Corporation Services Company, Burlington's registered agent.

4. Burlington timely filed an Answer[1] and Jury Demand[2] in state court on or about September 1, 2023.

5. Fewer than thirty days have elapsed since Plaintiff served Burlington with her Original Petition.

6. Pursuant to 28 U.S.C. § 1446 and Southern District of Texas Local Rule 81, Burlington attaches to this Notice of Removal a true and correct copy of (1) all executed process in the case; (2) pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings; (3) all orders signed by the state judge; (4) the docket sheet; (5) an index of matters being filed; and (6) list of all counsel of record, including addresses, telephone numbers and parties represented.

7. Written notice of the filing of this Notice of Removal is being filed in the 239th District Court of Brazoria County, Texas, and provided to Plaintiff as required by the Federal Rules.

## GROUNDS FOR REMOVAL

**A. Diversity Jurisdiction Exists.**

8. Removal to this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 1446 because this is a civil action over which the Federal District Courts have original jurisdiction. 28 U.S.C. § 1441(a) states that a civil case filed in state court may be removed to Federal Court if the case could have been originally brought in Federal Court.

---

[1] *See* Exhibit C-2.
[2] *See* Exhibit G.

9. This Court has original jurisdiction under 28 U.S.C. § 1332 by reason of diversity of citizenship. Pursuant to 28 U.S.C. § 1332(a), Federal District Courts have original jurisdiction of all civil actions between citizens of different states where the matter in controversy exceeds $75,000.00, exclusive of interest and costs.

10. At the time this action was first filed, Plaintiff was, and remains, a citizen of the State of Texas. Burlington Coat Factory of Texas, Inc., was, and remains, a Florida For-Profit Corporation. Burlington Coat Factory of Texas, Inc.'s principal place of business is in Burlington, New Jersey. Thus, Burlington Coat Factory of Texas, Inc. is a citizen of Florida and New Jersey.

**B. Plaintiff claims damages in excess of $75,000.00.**

11. To establish diversity jurisdiction under 28 U.S.C. § 1332(a), the removing party must show that the amount in controversy exceeds $75,000.00, exclusive of interests and costs.[3] In her Original Petition, Plaintiff stated that she is seeking monetary damages over $1,000,000.00.[4] Therefore, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

**C. Removal is Timely.**

12. A notice of removal must be filed within thirty (30) days after a defendant is served with the state-court petition.[5] Burlington was served with Plaintiff's Original Petition on or about August 11, 2023.[6] Burlington is filing this Notice of Removal on September 11, 2023, within thirty days of the date of service. Therefore, removal is timely.

---

[3] *See White v. FCI USA, Inc.*, 319 F.3d 672, 675 (5th Cir. 2003).

[4] Exhibit C-1, at § 3.

[5] *See* 28 U.S.C. § 1446(b).

[6] Exhibit D.

3

## CONCLUSION

13.     Burlington hereby removes this action to the United States District Court for the Southern District of Texas. The Parties are completely diverse and the amount in controversy exceeds $75,000.00.

WHEREFORE, Defendant Burlington Coat Factory of Texas, Inc., hereby notices the removal of the above action now pending in the 239th District Court of Brazoria County, Texas.

Respectfully submitted,

Date:   September 11, 2023            By: */s/ Andrew J. Sarne*
                                                     Andrew J. Sarne, Attorney in Charge
                                                     State Bar No. 00797380
                                                     Federal I.D. 20437
                                                     KANE RUSSELL COLEMAN LOGAN PC
                                                     5151 San Felipe Street, Suite 800
                                                     Houston, Texas 77056
                                                     Telephone:  713.425.7400
                                                     Facsimile:   713.425.7700
                                                     ASARNE@KRCL.COM

ATTORNEYS FOR DEFENDANT
BURLINGTON COAT FACTORY OF TEXAS, INC.

Of Counsel:

KANE RUSSELL COLEMAN LOGAN PC
Chris C. Pappas
State Bar No. 15454300
Federal I.D. 5966
CPAPPAS@KRCL.COM
Kathryn G. Laflin
State Bar No. 15454300
Federal I.D. 3541535
KLAFLIN@KRCL.COM
5151 San Felipe Street, Suite 800
Houston, Texas 77056
Telephone:     713.425.7400
Facsimile:        713.425.7700

10345461 v1 (73251.00022.000)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been sent to all known counsel pursuant to the Federal Rules of Civil Procedure on this the 11th day of September, 2023.

>*/s/ Andrew J. Sarne*
>Andrew J. Sarne

10345461 v1 (73251.00022.000)