United States District Court
Southern District of Texas
**ENTERED**
November 13, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| GAIL PARRAMORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-296 |
| | § | |
| BURLINGTON COAT FACTORY OF TEXAS, INC., | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The parties have advised the court that they have reached a settlement. Dkt. 10. Accordingly, the court orders that all claims against the defendant in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Monday, January 13, 2025, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, January 13, 2025.

Signed on Galveston Island this 13th day of November, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE